AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| Ning Xi | ) | 1:18-MJ-00028 |
| | ) | |
| | ) | |
| | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  January 1, 2011 - January 31, 2016  in the county of  INGHAM  in the
WESTERN  District of  Michigan and elsewhere , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 1343 | Wire fraud |

This criminal complaint is based on these facts:

SEE ATTACHED CONTINUATION OF COMPLAINT

☑ Continued on the attached sheet.

_Complainant's signature_

BRUCE D. FOWLER
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 2/14/18

_Judge's signature_

City and state:  Grand Rapids, Michigan    Ray Kent, U.S. Magistrate Judge
_Printed name and title_