UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

Case No.: 1:18-MJ-00028-RK

v.

COMPLAINT
**PENALTY SHEET**

NING XI,

       Defendant.
_____/

**CHARGE – Wire Fraud – 18 USC 1343**

**Maximum penalty:** Not more than 20 years and/or a $250,000 fine or not more than the greater of twice the gross gain or twice the gross loss [18:3571(d)]

**Supervised Release:** Not more than 3 years [18 U.S.C. § 3583] (Class C Felony, 18:3559)

**Special Assessment**: [18 U.S.C. § 3013] $100

**Restitution**:  [18:3663; Mandatory 18:3663A]

Date:  February 14, 2018

/s/Hagen W. Frank
Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046