### UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

UNITED STATES OF AMERICA

                                              Case No. 1:18-cr-00226-RJJ

     v.                                      Honorable Robert J. Jonker

NING XI

_____/

## AGREED SUPPLEMENTAL DEFENSE STIPULATIONS OF FACT

Defendant Dr. Ning Xi, by and through his counsel, and the United States, by and through its counsel, hereby submit agreed Defense Stipulation Nos.16 and 17:

**Stipulation No. 16**

In February 2016, IEEE personnel obtained the ICRA 2014 receipts from the conference's external auditor. When IEEE obtained the documents, they were loosely organized with folios, staples, and paper clips. The IEEE Internal Audit Department reviewed and organized the receipts. In July 2016, the Internal Audit Department electronically scanned the ICRA 2014 materials. In October 2016, IEEE produced a flash drive to the FBI containing the Internal Audit Department's electronic scans of select ICRA 2014 receipts. The PDF files contained on that flash drive (Item 1A11 of File 400E-DE-3726129-CRIM) are fair and accurate copies of IEEE Internal Audit Department's electronic scans of the receipts that IEEE Internal Audit attributed to ICRA 2014 check numbers 6012, 6030, 6035, 6041, 6065, 6066, 6067, 6068, 6069, 6076, 6079, 6111, 6112, 6113, 6115, 6116, 6117, 6118, 6156, 6157, 6174, 6175, 6190, 6191, 6192, 6199, 6200.

**Stipulation No. 17**

Defense Exhibit 54 consists of reimbursement request forms that Dr. Xi submitted to IEEE's Robotics and Automation Society or the Nanotechnology Council. The Society's or Council's Treasurer reviews the request form and attached documents, and must approve the reimbursement request form prior to IEEE paying the reimbursement. The Treasurer may approve the request form by either signing the form or sending an email approving the request, which is then attached to the request form.

Dated: June 22, 2019                           Respectfully submitted,

                                                             ANDREW BYERLY BIRGE
                                                             United States Attorney

                                                             HAGEN W. FRANK
                                                             Assistant United States Attorney


                                                             RONALD L. SAFER
                                                             VALARIE HAYS
                                                             JOSEPH R. COBURN

                                                             *Counsel for Dr. Ning Xi*