UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

NING XI,

        Defendant.
_____/

No. 1:18-CR-226

Hon. Robert J. Jonker
Chief United States District Judge

## ORDER OF DISMISSAL

The United States having filed a Motion to Dismiss pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and the Court being informed of the basis for the motion, by leave of Court,

It is hereby ORDERED that the Indictment (R.40, PageID.69) is DISMISSED with prejudice for the reason stated in the motion.  Mr. Xi is EXONERATED on his bond (R. 13), and all property securing it is released.  The Notice of Lis Pendens (R. 79) and the Post-Indictment Restraining Order (R. 80) are DISSOLVED.

  July 11, 2019
Date

/s/ Robert J. Jonker
ROBERT J. JONKER
Chief United States District Judge