UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - - - -

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 1:18-CR-226 |
| ) | |
| vs. ) | Hon. Robert J. Jonker |
| ) | Chief District Court Judge |
| NING XI, ) | |
| ) | Record Owner: |
| Defendant. ) | Ning Xi and Li L. Xi |
| ) | |
| ) | Property: |
| ) | 35 Commonwealth Avenue, Apt. 303 |
| ) | Chestnut Hill, MA 02467 |
| ) | |
| ) | Middlesex South |
| ) | Registry of Deeds |
| ) | Book 72197, Page 423 |

**RELEASE OF *LIS PENDENS***

TO ALL WHOM IT MAY CONCERN:

PLEASE TAKE NOTICE that the United States of America, by its attorney, Jennifer S. Murnahan, Assistant United States Attorney for the Western District of Michigan, hereby releases its *Lis Pendens*, issued by this Court on January 31, 2019, against the real property located at 35 Commonwealth Avenue, Apt. 303, Chestnut Hill, Massachusetts, (the "35 Commonwealth Avenue Property") and further described as:

> The real property located at 35 Commonwealth Avenue, Unit 303, Chestnut Hill, Massachusetts 02467, including all buildings, appurtenances, and improvements thereon, described in Unit Deed dated July 29, 2008, and recorded with the Southern Middlesex District Registry of Deeds at Book 51553, Page 380, and more particularly described in a Unit Deed from Covenant Commonwealth Newton, Inc., a Massachusetts non-profit corporation, and described in Covenant Residences on Commonwealth Condominium, a condominium created by Master Deed dated December 13, 2007, and recorded with the Middlesex South County Registry of Deeds in Book 50464, Page 291, as affected by First Amendment to Master Deed

dated June 5, 2008, and recorded with said Registry of Deeds in Book 51277, Page 31.

The *Lis Pendens* was recorded on February 5, 2019, at the Middlesex South Registry of Deeds at Book 72197, Page 423. This Release is made by the government, as the United States submits that it no longer seeks to forfeit the 35 Commonwealth Avenue Property.

Signed under the penalties of perjury this 17th day of July, 2019.

Respectfully submitted,

ANDREW BYERLY BIRGE
United States Attorney,

Dated: July 17, 2019

/s/ Jennifer S. Murnahan
JENNIFER S. MURNAHAN
Assistant United States Attorney
U.S. Attorney's Office
Western District of Michigan
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404
Jennifer.murnahan@usdoj.gov

State of Michigan )
                  ))ss.
County of Kent    )

The undersigned Jennifer S. Murnahan, Assistant United States Attorney, on her oath declares that the proceeding referred to above affects the title to the land and building as described above.

Dated: July 17, 2019

JENNIFER S. MURNAHAN
Assistant United States Attorney

Then personally appeared the above-named Jennifer S. Murnahan, Assistant United States Attorney, and acknowledge the foregoing to be true to the best of his knowledge, information and belief, and to be his free act and deed on behalf of the United States of America.

Subscribed to and sworn before this 17th day of July, 2019.

Dated: July 17, 2019

_Cindy Vine_
Cindy Vine
NOTARY PUBLIC
Montcalm County Michigan,
Acting in Kent County
My Commission expires: 08/06/2020

SO ORDERED AND ENDORSED:

Dated: July 19, 2019

/s/ Robert J. Jonker
ROBERT J. JONKER
Chief United States District Judge